**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

ROBERT CLINTON JONES                  CIVIL ACTION NO. 24-1793

VERSUS                                JUDGE ALEXANDER C. VAN HOOK

BOSSIER CITY, ET AL.                  MAGISTRATE JUDGE HORNSBY

---

## <u>ORDER</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 32, and after an independent de novo review of the record, including the written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this action be **STAYED** under the following conditions:

A. If Plaintiff intends to proceed with his claims, within thirty (30) days of the date the criminal proceedings against him have concluded, he must file a motion asking the court to lift the stay;

B. If the stay is lifted and the court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck v. Humphrey*, 512 U.S. 477 (1994), if no such finding is made, the action will proceed at that time, absent some other bar to suit; and,

C. In light of the stay, Plaintiff **SHALL NOT** file any additional documents in this action until the state court proceedings have concluded.

**IT IS FURTHER ORDERED** that the Updated Information in Support of Motion for Declaratory and Injunctive Relief and Request for TRO (Complaint), Record Document 20, is **DENIED.**

**DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of March, 2026.


_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**